Christopher Elliott # AA3733
Name and Prisoner/Booking Number

New Folsom State Prison
Place of Confinement

P.O. Box 290066 - A-7-110
Mailing Address

Represa, CA 95671-0066
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
Jun 15, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Christopher Deshawn Elliott #AA3733,
(Full Name of Plaintiff)
Plaintiff,

v.

(1) R. Ehlers — C.D.C.R Peace Officer
(Full Name of Defendant)
(2) S. Leatherman — C.D.C.R Peace Officer
(3) A. Sheper — C.D.C.R Peace Officer
(4) K. McLennan — C.D.C.R Peace Officer
Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-1040-KJN (PC)
(To be supplied by the Clerk)

"Demand Jury Trial"

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: CSP Sacramento

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: __R. Ehlers__. The first Defendant is employed as: __Peace Officer__ at __CSP-Sacramento__.
   (Position and Title)                  (Institution)

2. Name of second Defendant: __S. Leatherman__. The second Defendant is employed as: __Peace Officer__ at __CSP-Sacramento__.
   (Position and Title)                  (Institution)

3. Name of third Defendant: __A. Sheaell__. The third Defendant is employed as: __Peace Officer__ at __CSP-Sacramento__.
   (Position and Title)                  (Institution)

4. Name of fourth Defendant: __K. McKenna__. The fourth Defendant is employed as: __Peace Officer__ at __CSP-Sacramento__.
   (Position and Title)                  (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? __0__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __8th Amendment__

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☒ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On Thursday January 21, 2021 at approximately 12:59 hours officer R. Ehlers escorted me to Cell #105 on Block-BB. I told C/O-R Ehlers that I had safety concerns that I didn't want to be on the unit. Officer R. Ehlers went in got hand restraints to place on me. As officer K. McKenna maintained control of the triangle, officer R. Ehlers "grabed" me and push me as hard as he could and I fall on my back, then officer K. McKenna called me a Nigger. They kept me locked in a caged cell for a half year. They wouldn't "feed" me my food for days. Then they used CC1-Defendant Carlwin to have me sign misinformation paper just to have me kicked out to a GP yard on B-yard to be killed. My grandfather "Die" last year 2021, and I was left some money, the defendant's who is named took the money. They had somebody in Folsom mail room take the pay check.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   C/O-R. Ehlers knocked my "teeth" out my mouth. I have PTSD now.

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because C/O-R. Ehlers tell me he will kill me. Also C/O-G. Herrera took the copy's of the 602's

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: **8th Amendment**

2. **Claim II.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: **8th Amendment**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendant-R.Ehler, Defendant-K.McKeown, Defendant-S.Leatham, Defendant-A.Sheger. They "filed" fake rite up paperwork to have me "killed" on the yard, which is prison B-yard. They They filed fake paperwork in the "court" and order to have me killed. Because they new I would have to walk to yider court where the G.P. inmates are at. That was last year. 3rd Defendant-G.Herrera also is with them as well. Also all of the Defendant's That is named Defendant-K.McKeown, Defendant-S.Leatherman, Defendant-A.Sheger, Defendant-R.Ehler, Defendant-M.Pitts they were not "feeding" me my food. As well as Defendant-Manner. They kept me locked up in a caged cell. All of the Defendants did the same violations to me per Penal Code. Defendant-Manner was not leting none of my mail go out to my family or to my family Attorney. I am asking That all of my God Be sent to the courts so you can see there is foul play going on.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   None

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because they told me if I do it, they where going to have me killed.

4

# CLAIM III

1. State the constitutional or other federal civil right that was violated: __8th Amendment__

2. Claim III. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendant - R. Ehler, Defendant: Sweatherman, Defendant - A. Sheller Defendant - K. mckenna. They told me they will have me killed as well as Defendant - manuel, Defendant - Pitts

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

   What they did gave me PTSD and other mental health problems.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim III?   ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I Am Seeking Pain In Suffering, felt In Prisonment And I want my "Money" BACK, That Them DEFENDANT'S who is Name Took. They fired DEFENDANT S. Leatherman But he was Not the Only One that had Something To Do With it. my family Also have Copy's Of the PAY Check. That The DEFENDANT'S Took

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-27-2022             _elliott_
              DATE                 SIGNATURE OF PLAINTIFF


(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)


(Signature of attorney, if any)


(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**MEDICAL REPORT OF INJURY OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/13)    Page 1 of 2

| NAME OF INSTITUTION | LOCATION OF EVALUATION | DATE |
|---|---|---|
| CSP-SAC | B4 dinning | 1-21-21 |

REASON FOR REPORT: ☐ ALLEGATION  ☐ ON THE JOB INJURY  ☐ USE OF FORCE  ☐ INJURY  ☐ OTM RETURNS
☒ UNUSUAL OCCURRENCE  ☐ PRE AD/SEG ADMISSION  ☐ R&R  ☒ OTHER: resisting peace offic.

| NAME LAST | FIRST | CDCR NUMBER | PERNR / INST. ID # | VISITOR ID # (SOMS) |
|---|---|---|---|---|
| ELLIOTT | C | AA3737 | — | N/A |

| PLACE OF OCCURRENCE | DATE OF OCCURRENCE | TIME OF OCCURRENCE | TIME SEEN | RN NOTIFIED TIME | PHYSICIAN NOTIFIED TIME |
|---|---|---|---|---|---|
| B4-dinning | 1-21-21 | 1259 | 1503 | N/A | N/A |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE:
"I am suicidal, I gotta go, I just got injury on my hand."

| INJURIES FOUND? | YES / NO |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | (7) |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | (9) |
| Swollen Area | 10 |
| Pain 6/10 | (11) |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Pre-Existing | 16 |
| Other | 17 |
|  | 18 |

Chemical Agent Exposure? YES (No)
Chem. Agent Exposure Area: EX
Decontaminated w/ Water? YES / (No) / REFUSED
Decontaminated w/ Air? YES (No) / REFUSED
Self-decontamination Instructions given? YES (No)
Staff issued Exposure packet? YES / (No)

Q 15 min. check times:
| Initial | 1st Check |
| 2nd Check | Final |

TIME/DISPOSITION

REPORT COMPLETED BY TITLE (PRINT AND SIGN):
K. Jackson P.T    K. Jackson P.T

ASSIGNMENT AREA: PSU3 / LTRH

| | | |
|---|---|---|
| **CDCR** | **INCIDENT REPORT PACKAGE** | **PAGE:** 24 |
| **REPORT NO. IRTR161 - 12** | | **PROCESSED:** 02/08/2021 06:34 |
| | **INCIDENT LOG NUMBER: 000000000017430** | **REQUESTOR:** L. Bales |

### ELECTRONIC DOCUMENT

**DOCUMENT TYPE:** Medical Report of Injury or Unusual Occurrence
**TITLE:** ELLIOTT CDCR 7219
**PREPARED BY STAFF MEMBER INVOLVED:** C. Pierce
**PAGE NUMBER:** 1

(If document file type is supported, document will start on the next page)